160 A.3d 766

**COMMONWEALTH of Pennsylvania, Respondent**

v.

**Raymond Leroy ERWIN, Jr., Petitioner**

**No. 244 WAL 2016**

Supreme Court of Pennsylvania.

October 27, 2016

## ORDER

PER CURIAM

**AND NOW,** this 27th day of October, 2016, the Petition for Allowance of Appeal is **DENIED.**

Justice Mundy did not participate in the consideration or decision of this matter.